**IT IS ORDERED as set forth below:**

**Date: April 24, 2018**



_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| TAMI TARITA MUHAMMAD | ) | CASE NO.: 18-50891-JWC |
| | ) | |
| Debtor. | ) | |

### ORDER GRANTING MOTION TO EXTEND AUTOMATIC STAY

Debtor filed a Motion to Extend Automatic Stay (the "Motion") on January 22, 2018 (Docket No. 9). This Court held a hearing on the Motion on February 13, 2018 (the "Hearing"). At the hearing appearances were made by counsel for the Debtor and the Chapter 13 Trustee. As no objection was filed or raised at the Hearing the Motion is deemed unopposed.

Accordingly, it is

ORDERED that Debtor's Motion to Extend Automatic Stay is ***granted***.

**END OF DOCUMENT**

PREPARED BY:

/s/_____
Howard P. Slomka, Esq.
GA Bar No. 652875
Slipakoff & Slomka, PC
Overlook III, Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339
se@myatllaw.com
Attorney for Debtor


No Opposition:

/s/_____
Julie M. Anania
Georgia Bar No. 477064
Nancy J. Whaley
Chapter 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303
Attorney for Chapter 13 Trustee

DISTRIBUTION LIST

Nancy J. Whaley, 13 Trustee (served via ECF)
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

Tami Tarita Muhammad
1319 Stone Run Apt C
Stone Mountain, GA 30083

World Acceptance Corporation
P.O. Box 6429
Greenville, SC 29606
Attn: Cynthia Stevens[1]

SCANA Energy Marketing, Inc. dba SCANA Energy
220 Operation Way, MC 222
Cayce, SC 29033
Attn: Patricia Lawson[2]

Orion
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541[3]

Exeter Finance LLC Department
Ascension Capital Group
P.O. Box 165028
Irving, TX 75016[4]

SEE ATTACHED FOR ADDITIONAL CREDITORS

---

[1] Address and signatory per POC-1 filed in Case No. 17-67528
[2] Address and signatory per POC-2 filed in Case No. 17-67528
[3] Per Notice of Appearance filed in Case No. 17-67528
[4] Per Notice of Appearance filed in Case No. 17-67528

```
Label Matrix for local noticing          AT&T                                      (p)GUARANTY BANK
113E-1                                   PO Box 15503                              4000 W BROWN DEER ROAD
Case 18-50891-jwc                        Atlanta, GA 30333-0503                    LOAN ADMINISTRATION
Northern District of Georgia                                                       BROWN DEER WI 53209-1221
Atlanta
Wed Apr 18 11:42:14 EDT 2018

Budget Car and Truck Rental              Chase                                     Comcast
PO Box 8048                              P.O.Box 15153                             PO Box 530098
Athens, GA 30603-8048                    Wilmington, DE 19886-5153                 Atlanta, GA 30353-0098



ERC                                      Exeter Finance Corp                       Exeter Finance LLC
PO Box 23870                             222 Las Colinas Blvd W                    4515 N Santa Fe Ave. Dept. APS
Jacksonville, FL 32241-3870              Suite 1800                                Oklahoma City, OK 73118-7901
                                         Irving, TX 75039-5438


(p)GEORGIA DEPARTMENT OF REVENUE         Greentree Real Estate Services            HONOR FINANCE
COMPLIANCE DIVISION                      173 Addy Lane                             1731 CENTRAL ST
ARCS BANKRUPTCY                          Stockbridge, GA 30281-7984                EVANSTON, IL 60201-1507
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202


Honor Finance                            Internal Revenue Service                  Kroger Check Recovery Center
909 Davis Street Ste 260                 PO Box 7346                               Post Office Box 30650
Evanston, IL 60201-3645                  Philadelphia, PA 19101-7346               Salt Lake City, UT 84130-0650



Tami Tarita Muhammad                     Orion                                     PRA Receivables Management, LLC
1319 Stone Run Apt C                     c/o PRA Receivables Management, LLC       PO Box 41021
Stone Mountain, GA 30083-1682            PO Box 41021                              Norfolk, VA 23541-1021
                                         Norfolk, VA 23541-1021


Publix                                   (p)SCANA AND SUBSIDIARIES                 Scana Energy Marketing
PO Box 407                               220 OPERATION WAY                         3344 Peachtree Rd Ne Ste
Lakeland, FL 33802-0407                  MAIL CODE C 222                           Atlanta, GA 30326-4808
                                         CAYCE SC 29033-3701


Howard P. Slomka                         U. S. Attorney                            US Department of Education
Slipakoff & Slomka, PC                   600 Richard B. Russell Bldg.              P. O. Box 7202
Overlook III - Suite 1700                75 Ted Turner Drive, SW                   Utica, NY 13504
2859 Paces Ferry Rd, SE                  Atlanta GA 30303-3315
Atlanta, GA 30339-6213


Nancy J. Whaley                          World Finance Corp. c/o World Acceptance Cor   World Finance Corporat
Nancy J. Whaley, Standing Ch. 13 Trustee Attn: Bankruptcy Processing Center        2640b Metropolitan Pkwy
303 Peachtree Center Avenue              PO Box 6429                               Atlanta, GA 30315-7902
Suite 120, Suntrust Garden Plaza         Greenville, SC 29606-6429
Atlanta, GA 30303-1216
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Best Bank                         Georgia Department of Revenue      SCANA Energy Marketing, Inc. dba SCANA Energ
PO Box 240200                     Bankruptcy Division                220 Operation Way, MC C222
Milwaukee, WI 53224-9010          Post Office Box 161108             Cayce, SC 29033
                                  Atlanta, GA 30321


(d)Scana Energy
3340 Peachtree Rd
Suite 750
Atlanta, GA 30326
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Exeter Finance LLC             End of Label Matrix
4515 N Santa Fe Ave. Dept. APS    Mailable recipients    26
Oklahoma City, OK 73118-7901      Bypassed recipients     1
                                  Total                  27
```